|   |   |
|---|---|
| ENITAN ADESANYA, | CASE NO.: 4:21-CV-06506-DMR |
| Plaintiff, | [The Honorable Donna M. Ryu] |
| v. | **ORDER GRANTING JOINT STIPULATION RE FIRST AMENDED COMPLAINT** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; DOES 1 - 10, inclusive, | |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In light of the joint stipulation submitted by the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

Plaintiff shall file and serve a First Amended Complaint by September 24, 2021; *and*

Defendant Wells Fargo shall file and serve its response to the First Amended Complaint by October 18, 2021.

Dated: ___September 9___, 2021

IT IS SO ORDERED
Judge Donna M. Ryu

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin Flewelling & Rasmussen LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT STIPULATION RE FIRST AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically via the Court's CM/ECF System:**

*Counsel for Plaintiff*

Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Law Offices of Todd M. Friedman
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367-7104
Tel: (323) 306-4234
Fax: (866) 633-0228
Email: tfriedman@toddflaw.com
Email: abacon@toddflaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on September 9, 2021.

| Marianne Mantoen | /s/ *Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |